UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 15-5173-JGD
)
Michael Robinson )
**Defendant** )
)

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, __Paul Barton__, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one __Michael Robinson__ on a ~~criminal complaint~~ bench warrant issued by the United States District Court for the Middle District of Georgia on __9/30/15__, charging the defendant with __Violation of probation__, in violation of Title __18__, United States Code, Section __3565__. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____

Subscribed and sworn to before me this __30__ day of October, 2015.

_____
Judith G. Dein
United States Magistrate Judge

Bench Warrant for Arrest

15-5173-JGD

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:15-MJ-00011-001 (MSH) |
| MICHAEL R. ROBINSON | ) 15-2c 030 2097 I |
| Defendant | ) F;a #990609 |

2015 SEP 30 PM 1:49
US MARSHALS SERVICE
MIDDLE GEORGIA

## BENCH WARRANT FOR ARREST

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) MICHAEL R. ROBINSON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☒ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

Probation Violation Petition

This is a bench warrant issued at the direction of STEPHEN HYLES, U.S. Magistrate Judge, Middle District of Georgia. No bail is allowed under the warrant unless permission of the Court in obtained.

Date: September 30, 2015

s/ TIMOTHY L. FROST
Issuing officer's signature

City and state: COLUMBUS, GEORGIA

TIMOTHY L. FROST, Deputy Clerk
Printed name and title

### Return

This warrant was received on (date) 09-30-15, and the person was arrested on (date) 10-30-2015
at (city and state) BOSTON, MA

Date: 10-30-2015

Arresting officer's signature

MATT LAWLOR  DUSM
Printed name and title